

# Fourth Court of Appeals
## San Antonio, Texas

April 9, 2014

No. 04-14-00075-CV

**AAA FREE MOVE MINISTORAGE L.L.C.**,
Appellant

v.

**OIS INVESTMENTS, INC**., Latigo Properties, Inc. and The Brigham Living Trust,
Appellee

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-18988
Honorable Barbara Hanson Nellermoe, Judge Presiding

# O R D E R

The reporter's record was due on March 18, 2014. The court reporter has filed a notification of late record stating that appellant has failed to pay or make arrangements to pay the fee for preparing the record and that appellant is not entitled to appeal without paying the fee.

It is therefore ORDERED that appellant provide written proof to this court **within ten (10) days** of the date of this order that a written request has been made for preparation of the reporter's record pursuant to TEX. R. APP. P. 34.6 (b)(1), and **either** the reporter's fee has been paid or arrangements have been made to pay the reporter's fee, **or** appellant is entitled to appeal without paying the court reporter's fee.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of April, 2014.

_____
Keith E. Hottle
Clerk of Court